UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NATHANIEL JOSEPH, ET AL** | * | **CIVIL ACTION NO. 11-1276** |
| **Plaintiffs** | * | |
| | * | **SECTION: H** |
| | * | **JUDGE JANE TRICHE MILAZZO** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: 3** |
| **BACH & WASSERMAN, LLC, ET AL** | * | **MAG. DANIEL KNOWLES, III** |
| | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JUDGMENT**

For reasons assigned previously (Doc. 47), the Motion to Dismiss Case, and Alternative Motion for Summary Judgment, filed by Defendants, is hereby GRANTED (Doc. 13).

Accordingly;

**IT IS HEREBY ORDERED** that the above captioned matter shall be dismissed at Plaintiff's cost.  Plaintiff's RICO claims are dismissed with prejudice.  Plaintiff's state law claims are dismissed without prejudice.

-1-

New Orleans, Louisiana on this 8th day of February, 2012.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**