

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 27, 2012

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-30206
Summary Calendar

D.C. Docket No. 2:11-CV-1276 H

NATHANIEL JOSEPH; KECIA JOSEPH; LUCINDA MITCHELL,

    Plaintiffs - Appellants

v.

BACH & WASSERMAN, L.L.C.; GERALD WASSERMAN,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before BENAVIDES, ELROD, and HAYNES, Circuit Judges.

## JUDGMENT

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: OCT 1 8 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Sabrina B Short
          Deputy

New Orleans, Louisiana

OCT 1 8 2012